UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CYNTHIA R. JARVIS,**

          **Plaintiff,**

-vs-                                                             Case No. 6:08-cv-138-Orl-19KRS

**MICHAEL D. GRIFFIN,**

          **Defendant.**

_____

# ORDER

This case comes before the Court on the Motion of Defendant to Dismiss and for Judgment on the Pleadings (Doc. No. 14, July 10, 2008). The parties agree that Defendant's request for dismissal of Counts I, II, and III must be treated as a request for summary judgment. (Doc. No. 14 at 2; Doc. No. 17 at 3-4); Fed. R. Civ. P. 12(d) ("If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."). The parties are hereby notified that the Court will take the Motion for Summary Judgment under advisement on Wednesday, November 26, 2008. Prior to that date, the adverse party may file affidavit(s) within the purview of Federal Rule of Civil Procedure 56. Because Plaintiff has already responded to Defendant's Motion and filed affidavits in support, Plaintiff may elect to file nothing and rely on the record as it currently exists. A hearing will not be held on the Motion for Summary Judgment.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 10, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record